E-FILED
Thursday, 31 January, 2019  11:57:51 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

~~STATE OF ILLINOIS~~

~~ILLINOIS COURT OF CLAIMS~~

SPRINGFIELD DIVISION

| | |
|---|---|
| William Lee Grant II | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| Office of the Illinois Governor | ) |
| | ) |
| Defendant, | ) |

740 ILCS 174/30

### Civil Rights Violations and Retaliation Complaint
U.S. CONST. AMEND. IV; U.S. CONST. AMEND. V; U.S. CONST. AMEND. XIII; and U.S. CONST. AMEND. XIV

William Lee Grant II, Petitioner, was retaliated against by the Illinois Governor's Office and agencies under the jurisdiction of the Illinois Governor for filing a civil rights complaint with the Illinois Department of Transportation, and an ethics complaint with the Office of Executive Inspector General in 2012.

William Lee Grant II, while employed with the Illinois Department of Transportation (IDOT), filed a civil rights complaint with IDOT's Bureau of Civil Rights. After the civil rights complaint was filed, William Lee Grant II endured a hostile work environment. William Lee Grant II's work hours were changed, work products were tampered with, and William Lee Grant II was given negative performance evaluations.

William Lee Grant II took a leave of absence from IDOT, and was then transferred to IDOT's Chicago Office, and began to be supervised by Richard Abel Kabaker, IDOT Deputy Chief Council. For the next two and a half years, Richard Abel Kabaker treated William Lee Grant II as a "cotton pickin' nigger."

Richard Abel Kabaker offered and then rescinded a promotion for William Lee Grant II. Richard Abel Kabaker gave William Lee Grant II a workload/ work-assignments below the paygrade of a Technical Manager II.

Richard Abel Kabaker assigned William Lee Grant II to work in IDOT's Bureau of Claims office in Schaumburg, Illinois for one and a half months in 2013 against standard operating procedures and personnel policies.

THE ILLINOIS ATTORNEY GENERAL AND DOJ WAIVED SOVEREIGN IMMUNITY BY REMOVING 16-CV-3245 AND 17-CV-3261 TO FEDERAL COURT.
THE ILLINOIS ATTORNEY GENERAL AND DOJ DEFAULTED IN 16-CV-3245 AND 17-CV-3261, AND FAILED TO DENY MR. GRANT'S ALLEGATIONS.

THE ILCD HAS NOT FOUND MR. GRANT'S ALLEGATIONS TO BE: 28 USC 1915(e)(2)(B): (i);(ii); or (iii).

William Lee Grant II was struck from behind while operating his state motor vehicle on the Kennedy Expressway by Kelly Knepf, also known as, Kelly Kraft, Director, Illinois Sports Facilities Authority. Ms. Knepf left the scene of the accident.

William Lee Grant II accepted employment with the Office of the Governor in 2014. William Lee Grant II reported to the Governor's Office on November 6, 2014. For the next month, William Lee Grant II was given a myriad of reasons as to the delay in William Lee Grant II being added to the Governor's Office payroll. On December 3, 2014, after the close of business, William Lee Grant II was informed he "could not" be added to the Illinois Governor's Office payroll, and could not return to his employment with IDOT. William Lee Grant II has not received his salary for his month worked in the Illinois Governor's Office.

On December 5, 2014, William Lee Grant II applied for Federal Unemployment Benefits through the Illinois Department of Employment Security (IDES). IDES employee, John T. Frye, purposefully entered Petitioner's information incorrectly, and failed to enter pertinent information in the determination of William Lee Grant II's eligibility pertaining to Federal Unemployment Benefits.

IDES Administrative Law Judge, John Schellenberg, intentionally ruled against Petitioner on March 10, 2015. Petitioner was qualified to receive Federal Unemployment Benefits pursuant to 820 ILCS 405/601(B).

William Lee Grant II found himself **Blacklisted**. William Lee Grant II applied for employment all over America to no avail, except for a short stint on a political campaign. William Lee Grant II was denied employment with the Chicago Transit Authority, State of Illinois, Federal government, and within the private sector.

The Office of Executive Inspector General (OEIG) has declined to investigate. The OEIG allegedly informed Governor Bruce Rauner's administration of the retaliatory actions that occurred, and took no action.

William Lee Grant II attempted to file a civil rights complaint with IDOT in 2016, and was escorted out of the building. The Illinois Department of Human Rights (IDHR) failed to investigate petitioner's complaint against IDOT after 365 days. IDHR has taken no action to investigate the Chicago Transit Authority or Illinois Department of Central Management Services.

The Illinois Human Rights Commission rejected Petitioner's complaint against IDOT refusing Petitioner access to a proper venue for his retaliation (discrimination) complaint.

**The Illinois Attorney General and U.S. Department of Justice do not deny the allegations.** ILND, ILSD, ILCD, CDCA, NDGA, EDNY, WDTX, NDTX, EDTX, MARYLAND, NEBRASKA, C.F.C. and FED. CIR. No Judge has found the allegations to be frivolous or malicious (28 U.S.C. 1915(e)(2)(B)(i), fails to state a claim on which relief may be granted (28 U.S.C. (e)(2)(B)(ii), or seeks monetary relief against a defendant who is immune from such relief (28 U.S.C. 1915(e)(2)(B)(iii).

1/30/2019

2

WILLIAM LEE GRANT II
901 WYTHE ROAD
SPRINGFIELD, IL 62702
(217)726-5269